No. 91–6854. INGALLS v. ROOSEVELT COUNTY, NEW MEXICO, ET AL. Sup. Ct. N. M. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [502 U. S. 1089] denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant this motion.

No. 91–7325. DEMOS v. SUPREME COURT OF WASHINGTON ET AL. Sup. Ct. Wash.; and

No. 91–7376. MCDONALD v. YELLOW CAB METRO, INC., ET AL. Sup. Ct. Tenn. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until May 11, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petitions for writs of certiorari.

No. 91–7377. MOOYMAN v. WORKMEN'S COMPENSATION APPEAL BOARD ET AL. Sup. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 11, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–7504. DAS v. A. W. CHESTERTON CO. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 11, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 91–7052. IN RE DAVIS;
No. 91–7117. IN RE ANDERSON;
No. 91–7263. IN RE JARVI;
No. 91–7264. IN RE JARVI;
No. 91–7452. IN RE PREUSS;
No. 91–7517. IN RE HARRISON; and
No. 91–7626. IN RE BURDINE. Petitions for writs of mandamus denied.

No. 91–7006. IN RE ELLIOTT. Petition for writ of mandamus and/or prohibition denied.